**FILED & ENTERED**

**NOV 04 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gae        **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARY R. ADAMS,<br><br><br>Debtor. | Case No. 2:13-bk-33408-RK<br><br>Chapter 7<br><br>ORDER DENYING DEBTOR'S MOTION FOR REDEMPTION |

On October 3, 2013 Debtor, Mary R. Adams, filed a Motion for Redemption of 2010 Dodge Avenger Under 11 U.S.C. 722 (Docket No. 9)(the "Motion"). A hearing on the Motion was held on October 29, 2013. Appearances were as noted on the record.

//

//

//

Having reviewed and considered the papers filed in support of the Motion, the court hereby DENIES Debtor's Motion for the reasons stated on the record and in the court's tentative ruling posted on the court's website, which is quoted below, and now adopted by the court:

> Deny the motion to redeem personal property because: (1) movant has not shown that the property is abandoned under 11 U.S.C. 554 (case docket does not indicate abandonment by trustee - filing of no distribution report is not abandonment, In re Reid, 940 F.2d 1317, 1321 (9th Cir. 1991)) or exempted under 11 U.S.C. 522 (property not claimed as exempt on Schedule C); (2) movant is not offering to pay the amount of the allowed secured claim (based on fair market value, 11 U.S.C. 506(a), which as shown by Kelley Blue Book value in Exhibit A to motion is $7,281, and movant is offering about $900 less); (3) movant did not serve lienholder as indicated in its request for special notice filed on 9/26/13 (requiring an account number to be listed - movant may have an argument, though, for substantial compliance since the mailing went to the correct post office box address).  Appearances are optional on 10/28/13, but counsel may appear by telephone.

IT IS SO ORDERED.

###

Date: November 4, 2013

_____
Robert Kwan
United States Bankruptcy Judge

2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING DEBTOR'S MOTION FOR REDEMPTION was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 4, 2013**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Heide Kurtz (TR)    trustee@hkurtzco.com, ca45@ecfcbis.com
- Jasmine Motazedi    jasmine@jmbklawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:
Mary R Adams
POB 221053
Newhall, CA 91322

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: